IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SCHWENK,                          No. CIV-S-05-0875 MCE/KJM PS

      Plaintiff,

  v.                                       <u>ORDER</u>

ARNOLD SCHWARZENEGGER, ET AL.,

      Defendants.

_____/

    Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 4, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

///

///

1

1      The court has reviewed the file and finds the findings and

2  recommendations to be supported by the record and by the

3  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

4  that:

5      1.  The findings and recommendations filed October 4, 2005,

6  are adopted in full; and

7      2.  This action is dismissed.

8  DATED: December 1, 2005

9

10

11     _____
   MORRISON C. ENGLAND, JR
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26